# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CHRISTOPHER CUMMINS, | : | Case No. 3:23-cv-00277 |
| Plaintiff, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| MIDMARK CORPORATION, | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT MOTION TO STAY
## ALL DEADLINES PENDING PRIVATE MEDIATION

This matter is before the Court on the parties' Joint Motion to Stay All Deadlines Pending Private Mediation (Doc. No. 12). For the reasons stated by the parties, and for good cause shown, the Court GRANTS the Motion and STAYS this litigation until resolution of the parties' mediation.

The parties are ORDERED to file a joint status report every sixty (60) days until mediation is complete. If mediation is completed before that time, the parties shall notify the Court in writing no later than fourteen (14) days after its completion. In the event that parties are unable to reach a mutual resolution of this matter, the parties shall file a joint status report within five (5) business days following a breakdown of negotiations.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

1

Pursuant to Fed. R. Civ. P. 72(a), any party may serve and file specific, written objections within FOURTEEN days after being served with this Order. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to SEVENTEEN days if this Order is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), or (F). Such objections shall specify the portions of the Order objected to and shall be accompanied by a memorandum of law in support of the objections. If the Order is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within FOURTEEN days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).