UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER CUMMINS,

    Plaintiff,                                            Case No. 3:23-cv-277

vs.

MIDMARK CORPORATION,                District Judge Michael J. Newman
                                                                    Magistrate Judge Caroline H. Gentry

    Defendant.

---

## ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter (Doc. No. 17), **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

May 10, 2024                                                   s/*Michael J. Newman*
                                                                Hon. Michael J. Newman
                                                                United States District Judge